June 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ROBIN D. BAIWIR AND STACY L. BAIWIR, Appellants

NO. 14-14-00284-CV                                V.

BANK OF AMERICA, N.A., OCWEN LOAN SERVICING, LLC AND U.S. BANK, NATIONAL ASSOCIATION, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on January 10, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.